# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altonaga, Cecilia M. | U.S. District Court, So. FL | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Wilkie D. Ferguson
Jr. U.S. Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33128-1810

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Miami-Dade County, Deferred Compensation Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Holland & Knight, LLP-Partner/Employee |
| 2. 2018 | Mercy & Charlie, LLC-Manager |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MiamiDade County Deferred Comp., Nationwide Fixed | A | Dividend | K | T | | | | | |
| 2. MiamiDade County Deferred Comp., *AmFds AMCAP R6 | B | Dividend | M | T | | | | | |
| 3. | D | Distribution | | | | | | | |
| 4. Citifunds Checking | A | Interest | N | T | | | | | |
| 5. Alliance Bernstein Relative Value Fund Class A | D | Dividend | M | T | | | | | |
| 6. | E | Distribution | | | | | | | |
| 7. Holland & Knight Profit Sharing Plan, Vang TOT BD Mkt Inst | C | Dividend | O | T | | | | | |
| 8. Holland & Knight Profit Sharing Plan, PRU Total RTN BD Q | D | Dividend | | | Sold | 12/31/18 | J | | |
| 9. Holland & Knight Profit Sharing Plan, FID Freedom 2010 K | E | Dividend | P1 | T | | | | | |
| 10. Holland & Knight Profit Sharing Plan, AF Balanced R6 | E | Dividend | O | T | | | | | |
| 11. (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | K | T | | | | | |
| 12. (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | K | T | | | | | |
| 13. (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | K | T | | | | | |
| 14. (NH) UNIQUE College Investing Plan, NH College Port.(Fidelity Funds) | A | Dividend | K | T | | | | | |
| 15. Holland & Knight Equity Partner Fund | E | Interest | N | T | | | | | |
| 16. Holland & Knight Equity Partner Fund | A | Interest | N | T | | | | | |
| 17. Bank of America Checking | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigold Savings | B | Interest | P1 | T | | | | | |
| 19. Florida Prepaid 4-Year University | D | Distribution | J | T | | | | | |
| 20. Bank of America Checking | A | Interest | J | T | | | | | |
| 21. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 22. Citigroup Inc New | A | Dividend | K | T | | | | | |
| 23. General Electric Company | A | Dividend | K | T | | | | | |
| 24. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 25. American Centruy Mid Cap Value CL A | A | Dividend | | | Sold | 05/17/18 | K | B | |
| 26. Blackrock Strategic Income Opptys Instl CL | A | Dividend | K | T | Sold (part) | 11/15/18 | J | A | |
| 27. Multi Manager Value Strategies CL Z | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 28. | B | Distribution | | | Sold (part) | 08/15/18 | J | A | |
| 29. | | | | | Sold (part) | 11/15/18 | J | A | |
| 30. Multi Manager Total Return Bond Strategies CL Z | B | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 31. | | | | | Sold (part) | 11/15/18 | J | A | |
| 32. Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | K | T | Sold (part) | 05/17/18 | J | A | |
| 33. | B | Distribution | | | | | | | |
| 34. Multi Manager Growth Strategies CL Z | A | Dividend | | | Sold (part) | 02/14/18 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | B | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 36. | | | | | Sold | 08/15/18 | K | B | |
| 37. Multi Manager Directional Alternative Strategies CL Z | A | Dividend | | | Sold | 02/14/18 | K | B | |
| 38. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 39. | | | | | Sold (part) | 08/15/18 | J | A | |
| 40. iShares MSCI EAFE Value ETF | A | Dividend | K | T | Sold (part) | 05/17/18 | J | A | |
| 41. JP Morgan Tax Aware Equity CL I | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 42. | A | Distribution | | | Sold (part) | 08/15/18 | J | A | |
| 43. JP Morgan Large Cap Growth CL 1 | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 44. | C | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 45. | | | | | Sold (part) | 08/15/18 | J | A | |
| 46. Western Asset Intermediate Term Municipal CL I | B | Dividend | L | T | Sold (part) | 08/15/18 | J | A | |
| 47. | | | | | Sold (part) | 11/15/18 | J | A | |
| 48. Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 49. | A | Distribution | | | | | | | |
| 50. MFS Intl Value CL I | A | Dividend | K | T | Sold (part) | 05/17/18 | J | A | |
| 51. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFS Value CL I | A | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 53. | A | Distribution | | | Sold (part) | 11/15/18 | J | A | |
| 54. MFS Municipal High Income CL I | A | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 55. | | | | | Sold (part) | 11/15/18 | J | A | |
| 56. Nuveen Interm Duration Mun Bond Cl I | B | Dividend | L | T | Sold (part) | 08/15/18 | J | A | |
| 57. | | | | | Sold (part) | 11/15/18 | J | A | |
| 58. Oppenheimer Intl Growth CL Y | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 59. | | | | | Sold (part) | 05/17/18 | J | B | |
| 60. | | | | | Sold (part) | 05/21/18 | J | C | |
| 61. Prudential Jennison Mid Cap Growth CL Z | A | Dividend | | | Sold (part) | 02/14/18 | J | A | |
| 62. | | | | | Sold | 05/17/18 | K | A | |
| 63. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | K | T | | | | | |
| 64. Wells Fargo Short Term Mun Bond Instl CL | A | Dividend | L | T | Sold (part) | 11/15/18 | J | A | |
| 65. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 66. American Century Mid Cap Value Investor CL | A | Dividend | | | Sold (part) | 05/21/18 | J | A | |
| 67. | | | | | Sold (part) | 08/15/18 | J | A | |
| 68. | | | | | Sold | 11/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Strategic Income Opptys Instl CL | A | Dividend | J | T | Sold (part) | 11/16/18 | J | A | |
| 70. Multi Manager Value Strategies CL Z | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 71. | A | Distribution | | | Sold (part) | 11/29/18 | J | A | |
| 72. Multi Manager Total Return Bond Strategies CL Z | C | Dividend | K | T | Sold (part) | 08/15/18 | J | A | |
| 73. | | | | | Sold (part) | 11/16/18 | J | A | |
| 74. | | | | | Sold (part) | 11/29/18 | L | A | |
| 75. Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 76. | A | Distribution | | | Sold (part) | 05/21/18 | J | A | |
| 77. Multi Manager Growth Strategies CL Z | A | Dividend | | | Sold (part) | 02/15/18 | J | A | |
| 78. | A | Distribution | | | Sold (part) | 08/15/18 | J | A | |
| 79. | | | | | Sold | 11/29/18 | J | A | |
| 80. Multi Manager Directional Alternative Strategies CL Z | A | Dividend | | | Sold | 02/15/18 | J | A | |
| 81. Multi Manager Intl Equity Str I | A | Dividend | | | Buy | 01/01/18 | J | | |
| 82. | | | | | Sold | 11/29/18 | J | A | |
| 83. Delaware U S Growth Instl CL | A | Dividend | | | Sold (part) | 02/15/18 | J | A | |
| 84. | A | Distribution | | | Sold (part) | 08/15/18 | J | A | |
| 85. | | | | | Sold | 11/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 87. JP Morgan Tax Aware Equity CL I | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 88. | A | Distribution | | | | | | | |
| 89. JP Morgan Large Cap Growth CL I | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 90. | A | Distribution | | | | | | | |
| 91. Western Asset Intermediate Term Mun CL I | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 92. Loomis Sayles Growth CL Y | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 93. | A | Distribution | | | | | | | |
| 94. MFS Intl Value CL I | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 95. | A | Distribution | | | Sold (part) | 05/21/18 | J | C | |
| 96. MFS Value CL I | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 97. | A | Distribution | | | Sold (part) | 11/16/18 | J | A | |
| 98. MFS Municipal High Income CL I | A | Dividend | J | T | Buy | 01/01/18 | J | | |
| 99. Nuveen Interm Duration Mun Bond CL I | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 100. Nuveen Symphony Floating Rate Income CL I | A | Dividend | | | Sold (part) | 05/21/18 | J | A | |
| 101. | | | | | Sold (part) | 11/16/18 | J | A | |
| 102. | | | | | Sold | 11/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Oppenheimer Intl Growth CL Y | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 104. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | J | T | Sold (part) | 02/15/18 | J | | |
| 105. Ameriprise Insured Money Markey | A | Interest | K | T | | | | | |
| 106. American Century Mid Cap Value Investor CL | A | Distribution | | | Sold | 02/14/18 | K | A | |
| 107. Blackrock Strategic Income Opptys Intl CL | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 108. | | | | | Sold (part) | 11/15/18 | J | A | |
| 109. Multi Manager Value Strategies CL Z | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 110. | B | Distribution | | | Sold (part) | 08/15/18 | J | B | |
| 111. Multi Manager Value Strategies CL Z | C | Dividend | M | T | Sold (part) | 08/15/18 | J | A | |
| 112. | | | | | Sold (part) | 11/15/18 | J | A | |
| 113. Multi Manager Small Cap Equity Strategies CL Z | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 114. | B | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 115. Multi Manager Growth Strategies CL Z | A | Dividend | | | Sold (part) | 02/14/18 | K | C | |
| 116. | B | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 117. | | | | | Sold | 08/15/18 | K | C | |
| 118. Multi Manager Dir Alt Str Z | A | Dividend | | | Buy | 01/01/18 | K | | |
| 119. | | | | | Sold | 02/14/18 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Sold (part) | 05/17/18 | J | A | |
| 121. | | | | | Sold (part) | 08/15/18 | J | A | |
| 122. JP Morgan Tax Aware Equity CL I | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 123. | A | Distribution | | | Sold (part) | 05/15/18 | J | A | |
| 124. JP Morgan Large Cap Growth CL I | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 125. | C | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 126. | | | | | Sold (part) | 08/15/18 | J | A | |
| 127. Western Asset Intermediate Term Mun CL I | C | Dividend | M | T | Sold (part) | 08/15/18 | K | A | |
| 128. | | | | | Sold (part) | 11/15/18 | J | A | |
| 129. Loomis Sayles Growth CL Y | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 130. | B | Distribution | | | | | | | |
| 131. MFS Intl Value CL I | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 132. | A | Distribution | | | Sold (part) | 05/17/18 | J | A | |
| 133. MFS Value CL A | A | Dividend | | | Sold | 01/01/18 | J | A | |
| 134. MFS Value CL I | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 135. | A | Distribution | | | Sold (part) | 08/15/18 | J | A | |
| 136. | | | | | Sold (part) | 11/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MFS Municipal High Income CL I | B | Dividend | K | T | Sold (part) | 05/17/18 | J | A | |
| 138. | | | | | Sold (part) | 08/15/18 | J | A | |
| 139. | | | | | Sold (part) | 11/15/18 | J | A | |
| 140. Nuveen Interim Duration Mun Bond CL I | C | Dividend | M | T | Sold (part) | 08/15/18 | J | A | |
| 141. | | | | | Sold (part) | 11/15/18 | J | A | |
| 142. Oppenheimer Intl Growth CL Y | A | Dividend | K | T | Sold (part) | 05/17/18 | J | B | |
| 143. Wells Fargo Emerging Markets Equity Instl CL | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 144. Wells Fargo Short Term Mun Bond Instl CL | B | Dividend | M | T | Sold (part) | 11/15/18 | J | A | |
| 145. Columbia High Yield Bond Fund Class A | A | Dividend | | | Sold | 01/01/18 | J | A | |
| 146. Columbia Cap Alloc Moderate Conservative CL A | A | Dividend | K | T | Buy | 01/01/18 | K | | |
| 147. UBS Bank USA Dep Account | A | Interest | K | T | | | | | |
| 148. US Treasury Bill Matures 01/18/18 | C | Interest | | | Matured | 01/18/18 | O | | |
| 149. US Treasury Bill Matures 02/15/18 | B | Interest | | | Matured | 02/15/18 | O | | |
| 150. US Treasury Bill Matures 04/12/18 | C | Interest | | | Matured | 04/12/18 | O | | |
| 151. US Treasury Bill Matures 03/08/18 | B | Interest | | | Buy | 01/08/18 | O | | |
| 152. | | | | | Matured | 03/08/18 | O | | |
| 153. US Treasury Bill Matures 03/15/18 | A | Interest | | | Buy | 01/15/18 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Matured | 03/15/18 | O | | |
| 155. US Treasury Bill Matures 06/21/18 | D | Interest | | | Buy | 03/21/18 | P1 | | |
| 156. | | | | | Matured | 06/21/18 | P1 | | |
| 157. US Treasury Bill Matures 07/12/18 | C | Interest | | | Buy | 04/12/18 | O | | |
| 158. | | | | | Matured | 07/12/18 | O | | |
| 159. US Treasury Bill Matures 09/13/18 | B | Interest | | | Buy | 06/13/18 | O | | |
| 160. | | | | | Matured | 09/13/18 | O | | |
| 161. US Treasury Bill Matures 09/20/18 | D | Interest | | | Buy | 06/20/18 | P1 | | |
| 162. | | | | | Matured | 09/20/18 | P1 | | |
| 163. US Treasury Bill Matures 03/07/19 | A | Interest | O | T | Buy | 09/13/18 | O | | |
| 164. | | | | | Buy (add'l) | 10/05/18 | K | | |
| 165. US Treasury Bill Matures 09/12/19 | A | Interest | P1 | T | Buy | 10/05/18 | P1 | | |
| 166. UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 167. COCA-COLA CO/THR NTS B/E | A | Interest | | | Sold | 01/31/18 | K | A | |
| 168. ABBVIE INC B/E | A | Interest | | | Sold | 01/31/18 | K | A | |
| 169. AT&T INC NTS B/E | B | Interest | | | Sold | 09/18/18 | L | A | |
| 170. BANK OF AMER CORP NTS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CITIGROUP INC NTS B/E | A | Interest | K | T | | | | | |
| 172. JP MORGAN CHASE & CO NTS B/E | A | Interest | L | T | Buy | 01/31/18 | L | | |
| 173. WELLS FARGO & CO NTS B/E | A | Interest | L | T | Buy | 02/02/18 | L | | |
| 174. BK OF MONTREAL | A | Interest | L | T | Buy | 09/18/18 | L | | |
| 175. GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 176. SAN BERNARDINO CA FA BE | A | Interest | | | Sold | 08/01/18 | K | A | |
| 177. LEANDER TX ISD ULTX SCH | B | Interest | | | Sold | 08/15/18 | K | A | |
| 178. VIRGINIA COMNWLTH TRANS RV | B | Interest | | | Sold | 09/15/18 | K | A | |
| 179. MIAMI-DADE CNTY FLA WTR | A | Interest | | | Sold | 10/01/18 | K | A | |
| 180. ARLINGTOM TX INDPT SCH | B | Interest | K | T | | | | | |
| 181. VIRGINIA COMNWLTH TRANS BD RV | B | Interest | K | T | | | | | |
| 182. DELAWARE TRANS AU SYS RV | B | Interest | L | T | | | | | |
| 183. SULPHUR SPRINGS CAL UNI | A | Interest | K | T | | | | | |
| 184. MELBOURNE FLA WTR & SWR | C | Interest | L | T | | | | | |
| 185. SAN ANTONIO TX ELEC & GA | A | Interest | L | T | Buy | 10/25/18 | L | | |
| 186. BIRDVILLE TX INDPT SCH D | A | Interest | K | T | | | | | |
| 187. CINCINNATI OH CITY SCH BE/R/ | A | Interest | L | T | Buy | 09/18/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. RIVERISDE CO CAL ASSET | A | Interest | K | T | | | | | |
| 189. LAKE CO IL CMNTY HSD #12 | B | Interest | K | T | | | | | |
| 190. COOK CNTY ILL CMNTY CONS | A | Interest | J | T | | | | | |
| 191. COOK CNTY IL CMNTY CONS ASSUR TAX | A | Interest | K | T | | | | | |
| 192. BAKERSFIELD CA COP SUB | C | Interest | K | T | | | | | |
| 193. NEW YORK NY FISCAL SR I | A | Interest | L | T | Buy | 08/15/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

-Line 7-10. Holland & Knight Profit Sharing Plan: not self directed, there is no control and only can select level of risk.
-Line 15-16. Holland & Knight Equity Partner Fund: ▮▮▮▮ firm requires each equity partner to have an equity reserve in terms of paid in capital for each of its equity partners. These funds may not be accesed until the holder ceases to be an equity member. There is no control.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Altonaga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544